1  Jason A. Imes Esq., NV Bar No. 7030
   Fox, Imes & Crosby, LLC
2  601 S. 10th Street, Suite 202
   Las Vegas, Nevada 89101
3  Telephone:    (702) 382-1007
   Facsimile:    (702) 382-1921
4  E-Mail:       JImes@FICLegal.com
5
6  *Proposed Attorneys for Troy S. Fox, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-S-25-13201-MKN |
| MAPLE MOUNTAIN GROUP, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF TROY S. FOX SUPPORTING TRUSTEE'S EX PARTE APPLICATION TO AUTHORIZE EMPLOYMENT OF FOX, IMES & CROSBY, LLC, AS TRUSTEE'S GENERAL COUNSEL** |

I, TROY S. FOX, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and have personal knowledge of the facts stated herein. Such personal knowledge is based upon the records obtained in these cases, and my own investigations. I am competent to testify to the same.

2.      I am the appointed Chapter 7 Trustee for the bankruptcy estate of MAPLE MOUNTAIN GROUP, INC. (the "Debtor"), and I make this Declaration in support of the *Ex Parte Application to Authorize Employment of Fox, Imes & Crosby, LLC, as Trustee's General Counsel* (the "Application") filed concurrently with this Declaration.

3.      I have reviewed the available materials for this case and determined that engaging general counsel on an hourly basis is in the interest of this estate and its creditors to assist with my investigation and pursuit of potential assets and claims in this case.

4.      Although early in the process of my investigation, it has already become clear to me that this matter has a complicated history and there are likely to be complicated litigation

Fox, Imes & Crosby, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

claims, potential avoidance and recovery claims, and significant questions regarding the Debtor's financial history.

5. I believe that the law firm of FOX, IMES & CROSBY, LLC is well-qualified to represent the interests of the Bankruptcy Estate in this case, and the firm has the necessary background to effectively assist with my administration of the assets and claims in this matter.

6. I believe that the firm's proposed hourly rate structure is typical of what other comparably skilled practitioners would customarily charge in other cases with similar uncertainty in recovery and scope of work.

7. I have concluded in my business judgment that the proposed compensation arrangement, with payment of any fees subject to separate approval by this Court, is reasonable and appropriate.

8. I am also an attorney with FIC, but I will not bill in this case. The legal work provided by FIC as general counsel will be predominantly provided by Jason A. Imes as lead attorney.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.**

DATED: June 13, 2025,

/s/ Troy S. Fox
Troy S. Fox

FOX, IMES & CROSBY, LLC
601 S. 10ᵗʰ Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921